UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60159-CV-DIMITROULEAS

HUMBERTO YOVANNY MENDOZA,

Petitioner,

v.

KELLY WALKER, in her official
capacity as ASSISTANT FIELD OFFICER
DIRECTOR BROWARD TRANSITIONAL CENTER, *et al.*,

Respondents.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Humberto Yovanny Mendoza

("Petitioner")'s Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the

"Petition").  [ECF No. 1].

Therein, Petitioner asserts that on December 29, 2025, Mr. Mendoza filed his Motion for

Bond Hearing before the Immigration Judge. Mr. Mendoza obtained a Bond of $5,000 from the

Immigration Judge on January 5, 2026. On January 6, 2026, the Government appealed the Order

of the Immigration Judge granting Mr. Mendoza's bond, which has led to his continued

detention. The Court has considered the Petition [DE 1] and is otherwise fully advised in the

premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **January 27, 2026**, Respondents shall file a response to the Petition and Motions.[1]

2. The Clerk is directed to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

---

[1]The Court puts parties on notice of its previous ruling in *Kelyn Sanchez Figueroa v. Bondi*, Case No. 25-cv-62707-WPD [DE 14].