UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 60159-CIV-DIMITROULEAS

**Humberto Yovanny Medoza**,

     Petitioner,

vs.

**Kelly Walker, et. al**.

     Respondents.

_____/

## <u>ORDER SETTING HEARING</u>

THIS CAUSE is before the Court on the Petition for Writ of Habeas Corpus [DE 1], filed

January 21, 2026. The Court has considered the Petition and the Response, filed January 27,

2026, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  A hearing is  **SET**  for **Friday January 30, 2026**,  at  the  time  of 1:15 p.m. in

    Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort

    Lauderdale, Florida.[1]

2.  The Clerk is directed to send this Order to the addresses below.

3.  If either party seeks to file audio or visual content, they may do so conventionally.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 28th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

[1]The Court puts parties on notice of its previous ruling in *Figuero v Bondi et. al.*, Case No. 25-62707 [DE 14] and expects parties to come prepared for the hearing in the context of this prior ruling.

Copies furnished to:
Counsel of Record
usafls-immigration@usdoj.gov
usafls-2255@usdoj.gov